IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON DAVID AUSTIN,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

ORDER

Case No. 17-cv-564-wmc

Petitioner Jason David Austin seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 11, 2017. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately January 16, 2017 through the date of the petition, July 16, 2017.

ORDER

IT IS ORDERED that:

1.    Petitioner Jason David Austin may have until August 11, 2017, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before August 11, 2017, I will assume that petitioner wishes to withdraw this petition.

Entered this 21st day of July, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge